No. 400.  Francis et al. *v.* Southern Pacific Co.  Certiorari granted.  *Parnell Black, Calvin W. Rawlings* and *Harold E. Wallace* for petitioners.  *Paul H. Ray* and *S. J. Quinney* for respondent.

No. 432.  United States *v.* Zazove.  Certiorari granted.  *Solicitor General Perlman* for the United States.  *Edward H. S. Martin* and *John B. King* for respondent.

No. 392.  Creedon, Housing Expediter, *v.* Stone.  Certiorari granted limited to the question as to the statute of limitations presented by the petition for the writ.  *Solicitor General Perlman* for petitioner.  *Carl M. Weideman* for respondent.

*Certiorari Denied.*  (*See also Nos. 111, 172 and 197, Misc., supra.*)

No. 196.  Biltchik et al. *v.* Green Bay & Western Railroad Co. et al.  Certiorari denied.  *A. Joseph Geist* and *Morris A. Marks* for petitioners.  *Merrill M. Manning* and *Walter Bruchhausen* for respondents.

